# UNITED STATES DISTRICT COURT
For the

Southern District of New York

WINDY V. WAITE and JORDAN LUTZ            )
                                          )
                                          )  Civil Action No. 12-CV-3490
   Plaintiffs,                            )
                                          )
                                          )
                                          )
                                          )

AMERICAN MEDICAL SYSTEMS, INC.

   Defendant,

### SUMMONS IN A CIVIL ACTION

I, Walter Hetzler, of the State of Delaware, County of New Castle, being duly sworn, say on the 10th day of May, 2012, at 10:56 a.m., I personally served a copy of a SUMMONS in a Civil Action and COMPLAINT on the defendant **AMERICAN MEDICAL SYSTEMS, INC.,** by serving the registered agent, The Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801.

Name of individual accepting service: Scott LaScala-Section Head-Authorized to accept
Description of individual: White male, 30 years old, 5'10" tall, 170-190lbs with brown hair.

Subscribed and sworn before me
this 10th day of May, 2012.

Notary Public
My commission expires: _____.

CAREY M. SHEA
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires April 25, 2015

Nicoletti & Harris
132 Nassau Street
New York, NY 10038

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| WINDY V. WAITE and JORDAN LUTZ <br><br> *Plaintiff* <br> v. <br> AMERICAN MEDICAL SYSTEMS, INC. <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) <br> 12 CIV 3490 <br> Civil Action No. <br><br> JUDGE FORREST |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   American Medical Systems, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David Kremen, Esq.
Oshman & Mirisola, LLP
42 Broadway - 10th Floor
New York, NY 10004-1617


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

Date: MAY 0 2 2012

*Signature of Clerk or Deputy Clerk*